*Law Offices of*
***BONNETT, FAIRBOURN, FRIEDMAN***
***& BALINT, P.C.***
*2325 East Camelback Road, Suite 300*
*Phoenix, AZ  85016*
*(602) 274-1100*

*C. Kevin Dykstra (012465)*
*kdykstra@bffb.com*
*Attorneys for Defendants Smith Food &*
*Drug Centers, Inc. dba*
*Fry's Food & Drug Stores, The Kroger Co.*
*and Wesco Foods Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| MALISSA MAXFIELD, individually and as surviving child of decedent ROY ELENZO MAXFIELD JR.,<br><br>Plaintiff,<br><br>v.<br><br>FRY'S FOOD STORES OF ARIZONA, INC.; THE KROGER CO., WESCO FOODS COMPANY; JOHN DOES AND JANE DOES I-X; BLACK CORPORATION I-X and ABC PARTNERSHIPS I-X,<br><br>Defendants. | Case No.:<br><br>**DEFENDANTS FRY'S FOOD STORES OF ARIZONA NKA SMITH'S FOOD & DRUG CENTERS, INC. DBA FRY'S FOOD & DRUG STORES; THE KROGER CO. AND WESCO FOODS COMPANY'S NOTICE OF REMOVAL UNDER U.S.C. § 1332 (DIVERSITY)** |

Defendants Fry's Food Stores of Arizona now known as Smith's Food & Drug Centers, Inc. dba Fry's Food & Drug Stores, an Ohio corporation, The Kroger Co., an Ohio corporation and Wesco Foods Company, an Ohio corporation ("Fry's") hereby file this Notice of Removal of the above-described action in the United States District Court for the District of Arizona from the Superior Court of the State of Arizona for Maricopa County where the action is now pending.  The details of the state action are as follows:

1.     On April 19, 2021, the above-entitled action was commenced against Defendants in the Superior Court of the State of Arizona in and for the County of Maricopa, under that Court's Case No. CV2021-006320, and is pending in that Court.

2.     On April 27, 2021, Plaintiff served upon Defendants' statutory agent the Complaint, Certificate of Compulsory Arbitration, and Summons issued in the state action. This Notice is being filed within thirty (30) days of such service and is therefore timely under 28 U.S.C. § 1446(b).

3.     The amount in controversy exceeds $75,000.00, exclusive of interest and costs based on a reasonable reading of the allegations in the Complaint. Although the Complaint does not allege a specific amount in damages, Plaintiff's Complaint states this case qualifies for Tier III status and alleges due to decedent's alleged injuries, Roy Eleno Maxfield succumbed to the injuries.

4.     At the time this action was commenced, upon information and belief, Plaintiff Malissa Maxfield was, and still is, a citizen of the State of Arkansas and decedent was a resident of California. See Death Certificate attached as Exhibit A.

5.     Defendant Fry's Food Stores of Arizona, Inc. no longer exists as a separate entity with capacity to be sued. In or about 2000, it merged with Smith's Food & Drug Centers Inc. and became Smith's Food & Drug Centers, Inc., dba Fry's Food Stores.

6.     At the time the state action was commenced, Defendant Smith's Food & Drug Centers, Inc. dba Fry's Food Stores was, and is, an Ohio corporation with its principal place of business in Ohio.

7.     At the time the state action was commenced, Defendant The Kroger Co. was, and is, an Ohio corporation with its principal place of business in Ohio.

8.     At the time the state action was commenced, Wesco Foods Company was, and is, an Ohio corporation with its principal place of business in Ohio.

9.     This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332 given that the amount in controversy exceeds $75,000 and the parties are completely diverse.

10. This action is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1446(b).

11. Each of the Defendants who are parties to this action are parties to this notice.

12. True and complete copies of all process and pleadings served on the Defendants in this action are attached hereto as Exhibit B (Complaint, Summons, and Certificate Re: Compulsory Arbitration).  *See* 28 U.S.C. § 1446(a); L.R. Civ. P. 3.6(b).

13. Defendants will provide written notice of the filing of this notice to counsel for Plaintiff and will file a copy of this Notice of Removal with the clerk of the Superior Court of the State of Arizona in and for the County of Maricopa as required by 28 U.S.C. § 1446(d) and L.R. Civ. P. 3.6.

WHEREFORE Defendants pray that this cause proceed in this Court as an action properly removed thereto.

DATED this 17th day of May, 2021.

                BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

                By / C. Kevin Dykstra
                C. Kevin Dykstra
                2325 East Camelback Rd., Suite 300
                Phoenix, Arizona 85016
                Attorneys for Fry's

# CERTIFICATE OF SERVICE

     I, Karen Vanderbilt, hereby certify that on this 17th day of May, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing. A true copy of the foregoing document will be electronically sent to the registered participant set forth below and those identified on the Notice of Electronic Filing; paper copies will be sent to those indicated as non-registered participants.

          Gary A. Kester, Esq.
          CURIEL & RUNION, PLC
          1221 East Osborn Road, Suite 201
          Phoenix, Arizona 85014
          Attorneys for Plaintiffs

                  /s/Karen Vanderbilt